for respondent.

No. 839. GRANT ET UX. *v.* UNITED STATES. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ben H. Powell* for petitioners. No appearance for the United States.

No. 849. SAXON, ANCILLARY ADMINISTRATOR, *v.* ATCHISON, TOPEKA & SANTA FE RY. CO. April 15, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Winbourn Pearce* for petitioner. No appearance for respondent.

No. 722. SIMPSON ET AL. *v.* FAUQUIER NATIONAL BANK ET AL. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Fauquier County, Virginia, denied. *Messrs. E. E. Johnson* and *Burnett Miller* for petitioners. *Messrs. Walter B. Guy, Frederic B. Warder,* and *Louis H. Mann,* and *Mrs. Burnita Shelton Matthews,* for respondents.

No. 756. ACKERMANN, RECEIVER, *v.* GARY STATE BANK. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George P. Barse, George B. Springston, F. G. Awalt,* and *J. F. Anderson* for petitioner. *Mr. Kemper K. Knapp* for respondent.